UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

LLOYD BUTTERFUSS,

                        Plaintiff,

    -against-                        **NOTICE OF DISMISSAL**

                                        1:12-CV-00925
                                        GLS-RFT

JOEL KANIGSBERG,

                        Defendant.

-------------------------------------------------------------------x

     Plaintiff, Lloyd Butterfuss, by and through his attorneys, Harris, Conway & Donovan, PLLC, hereby voluntarily dismisses this action as against the Defendant, Joel Kanigsberg, pursuant to F.R.C.P. Rule 41 (a)(1)(A).

Dated: July 31, 2012

                                  HARRIS, CONWAY & DONOVAN, PLLC

                                  Michael C. Conway, Esq.
                                  Bar Roll No.: 302055
                                  *Attorneys for Plaintiff*
                                  5 Clinton Square
                                  The Patroon Building
                                  Albany, NY 12207
                                  (518) 436-1661

                                  SO ORDERED:

                                  Gary L. Sharpe
                                  Chief Judge, US District Court NDNY
                                  Date: July 31, 2012